UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

KRISTIN VITALE,                          )
                                         )
                 Plaintiff,              )
                                         )
        v.                               )        No. 1:25-cv-00578-JRO-MKK
                                         )
RHYGAN KOCHACK TAVERN, LLC,              )
                                         )
                 Defendant.              )

**REPORT AND RECOMMENDATION TO
DISMISS COMPLAINT WITH PREJUDICE**

Before the Court are Plaintiff's oral motions for default judgment in her favor and dismissal of Defendant's counterclaims. On March 26, 2025, Plaintiff filed her complaint against Defendant Rhygan Kochack Tavern, LLC. (Dkt. 1). On June 9, 2025, Defendant answered the complaint and filed counterclaims against Plaintiff. (Dkt. 10). The Court held pretrial conferences on July 21 and October 28, 2025. (Dkts. 17, 23). On January 26, 2026, the parties and their counsel appeared for a Zoom settlement conference which ended in an impasse. (Dkt. 25). The Court then scheduled another status conference for April 30, 2026. (Dkt. 29 (Order dated Feb. 2, 2026)).

On February 17, 2026, Defendant's counsel filed a motion to withdraw. (Dkt. 31). Because the motion, if granted, would leave Defendant, a limited liability entity, unrepresented, the Court scheduled a status conference for March 9, 2026, with Defendant's representative and its counsel to discuss the motion to withdraw and the need for Defendant to have attorney representation in this litigation. (Dkt. 34). Defendant failed to appear at the status conference. (*See* Dkt. 35). On March 10,

2026, the Court granted Defendant's counsel's motion to withdraw appearance, and ordered Defendant to secure new counsel by March 31, 2026, or show cause by April 7, 2026, why the Court should not enter a judgment of default in Plaintiff's favor due to Defendant's failure to appear to defend in this case and to prosecute its counterclaim(s). (*See* Dkt. 36). As of today's date, counsel has not entered an appearance for Defendant, and Defendant has not shown cause why default judgment should not be entered in favor of Plaintiff.

At the status conference on April 30, 2026, Defendant again failed to appear, and Plaintiff orally moved for default judgment in her favor and for dismissal of Defendant's counterclaims. (Dkt. 39).

Due to the Defendant's failure to comply with the Court's orders, Defendant's failure to defend, and Defendant's failure to prosecute its counterclaims, the undersigned Magistrate Judge recommends that the District Judge GRANT Plaintiff's oral motion for default judgment in her favor and oral motion to dismiss Defendant's counterclaims.

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

So **RECOMMENDED**.

Date: 05/01/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Rhygan Kochack Tavern, LLC
ATTN: Matthew Nichols & Lita M. Nichols
5900 North 450 West
Fairland, IN 46126